UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Gary Salzman,

Case No.: 17-16400
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

On 6/15/17, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on July 17, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 7 Neville St., Tinton Falls, NJ - $460,000

Liens on property: $ Exceeds Value

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell
Address: 115 Maple Avenue - Red Bank, NJ, 07701
Telephone No.: 732 383 7233

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-16400-MBK
Gary Salzman　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 Chapter 7
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Jun 16, 2017
　　　　　　　　　　　　　　Form ID: pdf905　　 Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2017.
```
db              Gary Salzman,    7 Neville St,    Tinton Falls, NJ   07724-2815
516736740       American Express,    Customer Service,    PO Box 981535,    El Paso, TX  79998-1535
516736741       Bank of America,    597 Passaic Ave,    West Caldwell, NJ  07006-6705
516736742       Bank of America Home Loans,    Customer Service,    PO Box 31785,    Tampa, FL  33631-3785
516736744       Chase,    Customer Service,    PO Box 15298,    Wilmington, DE  19850-5298
516736745       Citi Cards,    Customer Service,    PO Box 6500,    Sioux Falls, SD  57117-6500
516736746       Convergent Outsourcing,    For T-Mobile,    PO Box 9004,    Reston, VA  20195-2904
516736747      +David Faloni, Esq.,    Atty for Citibank,    165 Passaic Ave, Ste 301B,
                 Fairfield, NJ  07004-3592
516736748      #Dr. Ernest Reilly, LCSW,    1630 Hillcrest St,    Orlando, FL  32803-4810
516736749       Eddie Bauer - Comenity Bank,    Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
516736753       JPMorgan Chase Legal Department,    900 US Highway 9 N Ste 401,    Woodbridge, NJ  07095-1003
516736755       Louis & Russell,    1144 Hooper Ave Ste 212,    Toms River, NJ  08753-8361
516736756       Monmouth Pool Service,    1 Park Pl,    Red Bank, NJ  07701-1526
516736757       Pressler and Pressler,    Attys For Capital,    7 Entin Rd # S252175,
                 Parsippany, NJ  07054-5020
516736758       Red Bank Veterinary Hospital,    197 Hance Ave,    Eatontown, NJ  07724-2764
516736760       Shellpoint Mortgage Servicing,    Customer Service,    PO Box 10826,    Greenville, SC  29603-0826
516736761      +Stern & Eisenberg,    Attys for Bank NY Mellon #703.007951,    1040 N. Kings Hwy, Ste. 407,
                 Cherry Hill, NJ  08034-1925
516736762     ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK  73118-7901
               (address filed with court:  T-Mobile,      Bankruptcy Dept,    PO Box 53410,
                 Bellevue, WA  98015-3410)
516736763       Target National Bank,    Target Credit Services,    PO Box 1581,    Minneapolis, MN  55440-1581
516736764       Wendy Phillips,    1000 Sandlace Ct,    Celebration, FL  34747-4258
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2017 21:31:06     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2017 21:31:05     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516736739       E-mail/Text: jhernandez@trafgroup.org Jun 16 2017 21:31:17     A-1 Collection Service,
                 For Red Bank Vet Hospital,    101 Grovers Mill Rd, Ste 303,    Lawrenceville, NJ  08648-4706
516736743       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2017 21:35:50
                 Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
                 Oklahoma City, OK  73154-1529
516736750       E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jun 16 2017 21:31:19
                 Hyundai Motor Finance,    Customer Service,    PO Box 20829,    Fountain Valley, CA  92728-0829
516736752       E-mail/Text: cio.bncmail@irs.gov Jun 16 2017 21:30:57     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
516736754       E-mail/Text: bnckohlsnotices@becket-lee.com Jun 16 2017 21:30:56     Kohl's,
                 Attn: Credit Administrator,    PO Box 3043,    Milwaukee, WI  53201-3043
516736759       E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2017 21:27:22     Sam's Club - Synchrony Bank,
                 Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
516742595      +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2017 21:27:22     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 9
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516736751*       Internal Revenue Service,    Special Procedures,    PO Box 744,    Springfield, NJ  07081-0744
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3           User: admin                  Page 2 of 2                  Date Rcvd: Jun 16, 2017
                               Form ID: pdf905              Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE TRUST 2005-J4, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-J4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,  jcohen@mchfirm.com;NJ95@ecfcbis.com
              Peter  Broege    on behalf of Debtor Gary  Salzman pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```