**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gary Salzman | Social Security number or ITIN   xxx–xx–8760 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–16400–MBK | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gary Salzman
dba Salzman Management, LLC, fdba Big
Management 2 LTD, fdba Big Entertainment
Management, Inc.

7/7/17

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16400-MBK
Gary Salzman                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jul 07, 2017
                              Form ID: 318         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.
```
db              Gary Salzman,    7 Neville St,    Tinton Falls, NJ  07724-2815
516736746       Convergent Outsourcing,    For T-Mobile,    PO Box 9004,    Reston, VA  20195-2904
516736747      +David Faloni, Esq.,    Atty for Citibank,    165 Passaic Ave, Ste 301B,
                 Fairfield, NJ  07004-3592
516736748      #Dr. Ernest Reilly, LCSW,    1630 Hillcrest St,    Orlando, FL  32803-4810
516736755       Louis & Russell,    1144 Hooper Ave Ste 212,    Toms River, NJ  08753-8361
516736756       Monmouth Pool Service,    1 Park Pl,    Red Bank, NJ  07701-1526
516736757       Pressler and Pressler,    Attys For Capital,    7 Entin Rd # S252175,
                 Parsippany, NJ  07054-5020
516736758       Red Bank Veterinary Hospital,    197 Hance Ave,    Eatontown, NJ  07724-2764
516736760       Shellpoint Mortgage Servicing,    Customer Service,    PO Box 10826,    Greenville, SC  29603-0826
516736761      +Stern & Eisenberg,    Attys for Bank NY Mellon #703.007951,    1040 N. Kings Hwy, Ste. 407,
                 Cherry Hill, NJ  08034-1925
516736764       Wendy Phillips,    1000 Sandlace Ct,    Celebration, FL  34747-4258
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 08 2017 00:07:52      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 08 2017 00:07:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
516736739       E-mail/Text: jhernandez@trafgroup.org Jul 08 2017 00:10:09      A-1 Collection Service,
                 For Red Bank Vet Hospital,    101 Grovers Mill Rd, Ste 303,    Lawrenceville, NJ  08648-4706
516736740       EDI: AMEREXPR.COM Jul 07 2017 23:48:00      American Express,   Customer Service,
                 PO Box 981535,    El Paso, TX  79998-1535
516736741       EDI: BANKAMER2.COM Jul 07 2017 23:48:00      Bank of America,   597 Passaic Ave,
                 West Caldwell, NJ  07006-6705
516736742       EDI: BANKAMER.COM Jul 07 2017 23:48:00      Bank of America Home Loans,   Customer Service,
                 PO Box 31785,    Tampa, FL  33631-3785
516736743       EDI: AIS.COM Jul 07 2017 23:48:00      Capital One - Bankruptcy Department,
                 c/o American Info Source,    PO Box 54529,    Oklahoma City, OK  73154-1529
516736744       EDI: CHASE.COM Jul 07 2017 23:48:00      Chase,   Customer Service,   PO Box 15298,
                 Wilmington, DE  19850-5298
516736745       EDI: CITICORP.COM Jul 07 2017 23:48:00      Citi Cards,   Customer Service,   PO Box 6500,
                 Sioux Falls, SD  57117-6500
516736749       EDI: WFNNB.COM Jul 07 2017 23:48:00      Eddie Bauer - Comenity Bank,   Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH  43218-2125
516736750       EDI: HY11.COM Jul 07 2017 23:48:00      Hyundai Motor Finance,   Customer Service,
                 PO Box 20829,    Fountain Valley, CA  92728-0829
516736752       EDI: IRS.COM Jul 07 2017 23:48:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
516736753       EDI: CHASE.COM Jul 07 2017 23:48:00      JPMorgan Chase Legal Department,
                 900 US Highway 9 N Ste 401,    Woodbridge, NJ  07095-1003
516736754       EDI: CBSKOHLS.COM Jul 07 2017 23:48:00      Kohl's,   Attn: Credit Administrator,   PO Box 3043,
                 Milwaukee, WI  53201-3043
516736759       EDI: RMSC.COM Jul 07 2017 23:48:00      Sam's Club - Synchrony Bank,   Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL  32896-5060
516742595      +EDI: RMSC.COM Jul 07 2017 23:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA  23541-1021
516736762       EDI: AISTMBL.COM Jul 07 2017 23:48:00      T-Mobile,   Bankruptcy Dept,   PO Box 53410,
                 Bellevue, WA  98015-3410
516736763       EDI: WTRRNBANK.COM Jul 07 2017 23:48:00      Target National Bank,   Target Credit Services,
                 PO Box 1581,    Minneapolis, MN  55440-1581
                                                                                              TOTAL: 18
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516736751*      Internal Revenue Service,   Special Procedures,   PO Box 744,   Springfield, NJ  07081-0744
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 07, 2017
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE TRUST 2005-J4, MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2005-J4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   jcohen@mchfirm.com;NJ95@ecfcbis.com
              Peter   Broege    on behalf of Debtor Gary   Salzman pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```