Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                            Case No.: 17−16400−MBK
                            Chapter: 7
                            Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary Salzman
   dba Salzman Management, LLC, fdba Big
   Management 2 LTD, fdba Big
   Entertainment Management, Inc.
   7 Neville St
   Tinton Falls, NJ 07724−2815

Social Security No.:
   xxx−xx−8760

Employer's Tax I.D. No.:

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 11, 2017</u>                      <u>Michael B. Kaplan</u>
                                                  Judge, United States Bankruptcy Court